# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL PORK PRODUCERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KAREN ROSS, et al., <br><br> Defendants. | Case No.: 19-CV-2324 W (AHG) <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT [DOC. 8]** |

Pending before the Court is a joint motion for an extension of time for Defendants to respond to the Complaint. [Doc. 8.] Good cause appearing, the Court **GRANTS** the joint motion. Defendants must respond to the Complaint on or before January 10, 2020.

**IT IS SO ORDERED.**

Dated: December 13, 2019

_____
Hon. Thomas J. Whelan
United States District Judge