UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL PORK PRODUCERS COUNCIL & AMERICAN FARM BUREAU FEDERATION,<br><br>                                Plaintiffs,<br><br>v.<br><br>KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, SONIA ANGELL, in her official capacity as Director of the California Department of Public Health, and XAVIER BACERRA, in his official capacity as Attorney General of California,<br><br>                                Defendants,<br><br>THE HUMAN SOCIETY OF THE UNITED STATES; ANIMAL LEGAL DEFENSE FUND; ANIMAL EQUALITY; THE HUMAN LEAGUE; FARM SANCTUARY; COMPASSION IN WORLD FARMING USD; and COMPASSION OVER KILLING<br><br>                              Defendant-Intervenors. | Case No.:  19-cv-02324 W (AHG)<br><br>**ORDER GRANTING FINAL JUDGMENT [DOC. 39]** |

On April 27, 2020, this Court entered an Order granting Defendants' Motion to Dismiss and granting Defendant-Intervenors' Motion for Judgment on the Pleadings, while giving Plaintiffs leave to file an amended complaint. On April 29, 2020, Plaintiffs filed a Notice of Intent Not to File an Amended Complaint. On May 27, Plaintiffs filed a Motion for Entry of Judgment. Plaintiffs have not filed an Opposition. Accordingly, the Court hereby enters judgment dismissing Plaintiffs' Complaint with prejudice.

**IT IS SO ORDERED.**

Dated:  June 16, 2020

_____
Hon. Thomas J. Whelan
United States District Judge