# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 12, 2023

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      Re:  National Pork Producers, et al.
            v. Karen Ross, et al.
            No. 21-468 (Your docket No. 20-55631)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                      Sincerely,

                                      SCOTT S. HARRIS, Clerk

                                      By

                                      *M. Altner*
                                      M. Altner
                                      Assistant Clerk– Judgments

Enc.
cc:     All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 12, 2023

Mr. Timothy S. Bishop, Esq.
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606

Mr. Samuel Thomas Harbourt, Esq.
California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

Re: National Pork Producers, et al.
v. Karen Ross, et al.
No. 21-468

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk– Judgments

cc: Clerk, USCA 9th Cir.
(Your docket No. 20-55631)

# Supreme Court of the United States

No. 21–468

**NATIONAL PORK PRODUCERS COUNCIL, ET AL.,**

Petitioners

v.

**KAREN ROSS, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE CALIFORNIA DEPARTMENT OF FOOD & AGRICULTURE, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

May 11, 2023

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States